JANUARY 5, 1966.

No. 637. JAHNCKE SERVICE, INC., ET AL. *v.* GREATER NEW ORLEANS EXPRESSWAY COMMISSION ET AL. C. A. 5th Cir. Petition for writ of certiorari as to petitioner Home Insurance Co. dismissed pursuant to Rule 60 of the Rules of this Court. *Eberhard P. Deutsch* and *René H. Himel, Jr.,* for petitioners. *George B. Matthews* for respondent Greater New Orleans Expressway Commission.

JANUARY 17, 1966.

No. 1039, Misc. WELLS *v.* WASHINGTON. Sup. Ct. Wash. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.

No. 22, Original. SOUTH CAROLINA *v.* KATZENBACH, ATTORNEY GENERAL. (Motion for leave to file bill of complaint granted, *ante,* p. 898.) Motion by the State of Alabama for leave to intervene denied. *Francis J. Mizell, Jr.,* and *Reid B. Barnes* on the motion.

No. 210. STEVENS *v.* MARKS, NEW YORK SUPREME COURT JUSTICE. App. Div., Sup. Ct. N. Y., 1st Jud. Dept.; and

No. 290. STEVENS *v.* McCLOSKEY, SHERIFF. C. A. 2d Cir. (Certiorari granted, *ante,* p. 809.) Motion of Superior Officers Council of City of New York Police Department for leave to file brief, as *amicus curiae,* granted. *Abraham Glasser* on the motion. *Frank S. Hogan* and *H. Richard Uviller* for respondents in both cases in opposition.